# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 18-40151  
**Case Name:** DAVIS, GENE A.  
**For Period Ending:** 12/31/2019  

**Trustee Name:** (300590) Wendy A. Owens  
**Date Filed (f) or Converted (c):** 10/01/2018 (c)  
**§ 341(a) Meeting Date:** 10/25/2018  
**Claims Bar Date:** 01/31/2019  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 413 Midd leg round Road, Rincon, GA 31326-0000, Effingham County<br>Single-family home. Entire property value: $215,175.00 | 215,175.00 | 75,378.00 | | 0.00 | 215,175.00 |
| 2 | 706 Seventh Street, Ext, Rincon, GA 31326-0000, Effingham County<br>Single-family home. Entire property value: $73,820.00 | 73,820.00 | 72,888.00 | | 0.00 | 73,820.00 |
| 3 | 2014 Ford F150<br>Entire property value: $31,624.00 | 31,624.00 | 0.00 | | 0.00 | FA |
| 4 | 1967 Chevrolet Malibu<br>Entire property value: $1,000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1970 Oldsmobile 98<br>Entire property value: $7,750.00 | 7,750.00 | 3,750.00 | | 0.00 | FA |
| 6 | vacuum | 1,734.00 | 0.00 | | 0.00 | FA |
| 7 | Living room suit, dinette table & chairs, 4 tvs, dvd, microwave, washer, dryer, stove, refrigerator, freezer, dishwasher, china cabinet, stereo, entertainment center, desk, 3 bookshelves, king bed, 2 queen beds, 4 dressers, 4 chests of drawers, 6 nightstands, lawnmower, patio furniture | 2,080.00 | 0.00 | | 0.00 | FA |
| 8 | clothing | 275.00 | 0.00 | | 0.00 | FA |
| 9 | jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: First Chatham Bank | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Geo Vista FCU | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$334,958.00** | **$152,016.00** | | **$0.00** | **$288,995.00** |

**Major Activities Affecting Case Closing:**

1/29/2020 debtor fired original attorney/hired probate attorney to sell properties and debtor became uncooperative/debtor hired new attorney and in process of resolving matter.
6/25/19Trustee is in the process of probating an estate.

**Initial Projected Date Of Final Report (TFR):** 10/26/2020    **Current Projected Date Of Final Report (TFR):** 10/26/2020

01/31/2020                                    /s/Wendy A. Owens  
Date                                          Wendy A. Owens

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-40151 | Trustee Name: | Wendy A. Owens (300590) |
|---|---|---|---|
| Case Name: | DAVIS, GENE A. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2719 | Account #: | ******9100 Checking |
| For Period Ending: | 12/31/2019 | Blanket Bond (per case limit): | $4,055,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*                                                                                        *! - transaction has not been cleared*

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-40151 | **Trustee Name:** | Wendy A. Owens (300590) |
| **Case Name:** | DAVIS, GENE A. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***2719 | **Account #:** | ******9100 Checking |
| **For Period Ending:** | 12/31/2019 | **Blanket Bond (per case limit):** | $4,055,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9100 Checking | $0.00 | $0.00 | $0.00 |
| | **$0.00** | **$0.00** | **$0.00** |